IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PEDRO PACHECO,

        Defendant

STIPULATION, MOTION AND ORDER FOR SUBSTITUION OF COUNSEL

~~Case No. 08-CR-08-C~~
CASE NO 08-CR-063C Pacheco

---

## STIPULATION

The undersigned individuals stipulate and move that Attorney Khaja M. Din be substituted as the attorney for the defendant in the present case and that Attorney Robert T. Ruth be relieved of his role as the defendant's attorney.

_____  5-7-08
Khaja M. Din                     Date

_____  5-7-08
Pedro Pacheco                    Date

_____  5-8-08
Robert T. Ruth                   Date

## ORDER

It is hereby ordered that Attorney Khaja M. Din shall be substituted as the attorney for the defendant. The court discharges Robert T. Ruth as attorney for the defendant.

_____
~~Stephen L. Crocker~~
Magistrate Judge

May 12, 2008
Date